# CIPRIANI & WERNER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| **Michael D. Noblett, Esq.**<br>Partner<br>Member of NJ and NY Bar<br>mnoblettt@c-wlaw.com | North Shore Atrium I<br>6800 Jericho Turnpike, Ste. 120W<br>Syosset, NY 11791<br><br>Telephone: (516) 717-0853<br>Fax: (848) 247-6174 | Woodbridge Corporate Plaza<br>485 (E) Route 1 South, Ste. 120<br>Iselin, NJ 08830<br><br>Telephone: (848) 229-3300<br>Fax: (848) 247-6174 | A Multi-Disciplinary Firm<br><br>Visit us online at<br>www.C-WLAW.com |

February 3, 2025

**VIA ECF/PACER**
The Honorable Magistrate Judge Leda Dunn Wettre
United States District Court District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

        RE:    Clay Velazquez v. CITGO Petroleum Corporation, et. al.
               Case No.:    2:17-cv-05958
               Our File No.: 01136-00109206-NY042

Dear Judge Wettre:

I represent CITGO Petroleum Corporation in the above-referenced matter. Please accept this letter, with the consent of plaintiff's counsel, as our proposed discovery order for Your Honor's consideration.

- Plaintiff's deposition on or before 4/15/25
- Depositions of all other fact witnesses, including defense witnesses, on or before 5/1/25
- Plaintiff to serve all liability and medical expert reports on or before 6/30/25
- Plaintiff to serve all vocational expert reports, economic loss expert reports, and/or life care plan reports on or before 6/30/25
- Defendant to serve all medical expert, vocational rehab expert reports, economic loss expert reports, and/or life care plan reports on or before 7/31/25
- Settlement conference on August _____, 2025

                                 Respectfully yours,

                                   **CIPRIANI & WERNER, P.C.**

                                   *Michael D. Noblett*
                                   MICHAEL D. NOBLETT, ESQ.
                                   Attorneys for Defendants:
                                   CITGO Petroleum Corporation

MDN:jmm
cc: Nicholas P. Scutari, Esq. (via ECF/PACER)