# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CLAY VELAZQUEZ,<br><br>               Plaintiff,<br><br>v.<br><br>CITGO PETROLEUM<br>CORPORATION, *et al.*,<br><br>               Defendants. | Civil Action No.<br><br>17-5958 (SDW) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a January 16, 2025 telephone conference before the undersigned, and the Court having considered the parties' proposed discovery schedule (ECF 61), and for good cause shown,

**IT IS, on this 5th day of February 2025, ORDERED** that the Pretrial Scheduling Order entered August 8, 2024 (ECF 53) is hereby amended as follows:

1.  Fact discovery is extended through **May 1, 2025**. No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

2.  All affirmative expert reports shall be delivered by **June 30, 2025**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

3.  All responding expert reports shall be delivered by **July 31, 2025**. Any such report shall comport with the form and content requirements referenced above.

4.  The parties shall appear for a telephonic status conference before the undersigned on **May 5, 2025 at 3:30 p.m.** The parties shall submit concise status letters to the Court no later

than one week in advance of the conference.  Dial-in information for the conference is (973) 437-5535, access code 693 342 767#.

*s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge